**Order filed, May 23, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00272-CV

———————

**BENJAMIN K. SANCHEZ, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT4, HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., AND REAL TIME RESOLUTIONS, INC., Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06133**

## ORDER

The reporter's record in this case was due **May 08, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cantrece Addison, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM